UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL C. RICHMOND,  )
　　　　　　　　　　　　　)
　　　　Petitioner,　　　　)　　　3:12-cv-00210-ECR-WGC
　　　　　　　　　　　　　)
vs.　　　　　　　　　　　)　　　**ORDER**
　　　　　　　　　　　　　)
NEVADA ATTORNEY GENERAL, *et al.*,　)
　　　　　　　　　　　　　)
　　　　Respondents.　　　)
_____/

　　　　This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate. Plaintiff's application to proceed *in forma pauperis* is unacceptable because it is a copy of an application to proceed *in forma pauperis* that was submitted many years ago, in 1989. Plaintiff's *in forma pauperis* application does not comply with 28 U.S.C. § 1915(a)(1), (2). As such, this action is dismissed without prejudice to filing a new habeas action with a proper *in forma pauperis* application.

　　　　**IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition and new *in forma pauperis* application in a new action**.

1     **IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

    **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

    Dated this 16th day of April 2012.

*Edward C. Reed*
_____
UNITED STATES DISTRICT JUDGE