**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL C. RICHMOND, ) | |
| ) | |
| Petitioner, ) | 3:12-cv-00210-ECR-WGC |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NEVADA ATTORNEY GENERAL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate. This action was dismissed without prejudice by order filed April 16, 2012, and judgment was entered on April 17, 2012. (ECF Nos. 4 & 5). Plaintiff has filed a motion seeking the return of documents filed with this Court. (ECF No. 9). Good cause appearing, the motion is granted.

**IT THEREFORE IS ORDERED** that plaintiff's motion for the return of documents (ECF No. 9) is **GRANTED.**

**IT IS FURTHER ORDERED** that Clerk of the Court shall send petitioner a copy of the petition and all documents filed with the petition, at ECF Nos. 1 through 1-5.

Dated this 10th day of May, 2012.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE